CINCINNATI BAR ASSOCIATION *v.* BREGGER.

[Cite as *Cincinnati Bar Assn. v. Bregger* (1992), 63 Ohio St.3d 374.]

(No. 91–1743—Submitted December 4, 1991—Decided April 15, 1992.)

*Deborah DeLong, Naomi C. Dallob* and *Edwin W. Patterson III,* for relator.

*Michael J. Bregger, pro se.*

---

*Per Curiam.* We concur in the findings and recommendation of the board. Michael J. Bregger is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.